# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
## -oOo-

UNITED STATES OF AMERICA,                )
                                         )   2:12-CR-355
      Plaintiff,                    )
                                         )   ORDER FOR ISSUANCE OF
      vs.                           )   WRIT OF HABEAS CORPUS
                                         )   AD PROSEQUENDUM FOR
STEVEN MATTHEW FERNANDES,                 )   STEVEN MATTHEW FERNANDES
                                         )
      Defendant.                    )
_____  )

      Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefor,

      IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **STEVEN MATTHEW FERNANDES,** 02860166   before the United States Magistrate Judge at Las Vegas, Nevada, on or about ___ I/A & A/P Fri: 10/5/12   3:00 PM   GWF   3A ___, for Initial Appearance and Arraignment and Plea, and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

      **DATED:** 9/25/2012

                                _____
                                  UNITED STATES MAGISTRATE JUDGE

1 | DANIEL G. BOGDEN
United States Attorney
2 | NICHOLAS DICKINSON
Assistant United States Attorney
3 | 333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
4 | (702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-cr-355 |
| | ) | |
| Plaintiff, | ) | |
| | ) | PETITION FOR WRIT OF HABEAS |
| vs. | ) | CORPUS AD PROSEQUENDUM FOR |
| | ) | STEVEN MATTHEW FERNANDES |
| STEVEN MATTHEW FERNANDES, | ) | |
| | ) | |
| Defendant. | ) | |

        The petition of the United States Attorney for the District of Nevada respectfully shows that **STEVEN MATTHEW FERNANDES**, 02860166, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that said Warden has consented to the temporary release of the said **STEVEN MATTHEW FERNANDES** pursuant to a Writ of Habeas Corpus Ad Prosequendum so that the said **STEVEN MATTHEW FERNANDES** may be present before the United States Magistrate Judge for the District of Nevada, at Las Vegas, Nevada, on____ I/A & A/P Fri: 10/5/12  3:00 PM   GWF   3A   ——— , for Initial Appearance and Arraignment and Plea, and any further proceedings, and from time to time and day to day thereafter until excused by the said Court.

        That the presence of the said **STEVEN MATTHEW FERNANDES** before the United States Magistrate Judge on or about ___ I/A & A/P Fri: 10/5/12  3:00 PM   GWF   3A   _____, and any further proceedings and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

1    WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad

2   Prosequendum issue out of this Court, directed to the Warden, Clark County Detention

3   Center and to the United States Marshal for the District of Nevada, commanding them to

4   produce the said **STEVEN MATTHEW FERNANDES** before the United States District Court

5   on or about _____ 3:00 PM   GWF   3A   _____, and from time to time and day to
                               I/A & A/P  Fri: 10/5/12

6   day thereafter, at such times and places as may be ordered and directed by the Court

7   entitled above, to appear before the Court, and when excused by the said Court, to be

8   returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

9           **DATED:**   this   _26_   day of June 2012.

10                          Respectfully submitted,

11                          DANIEL G. BOGDEN
                            United States Attorney
12

13

14                          NICHOLAS DICKINSON
                            Assistant United States Attorney
15

16

17

18

19

20

21

22

23

24

25

26

2